

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ILLINOIS **FILED**

NOV 27 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Zakarrhea Lisa Newbern Mazzarri Bey
                Plaintiff,

v.                              Case No, 2019CHO2847

WILLAM B SULLIVAN
Lawyer, Circuit Court, Chancery Division     1:19-cv-07852
50 W Washington St.                          Judge Sara L. Ellis
Rm 2803                                      Magistrate Judge Jeffrey Cole
Chicago, IL 60602

                          Defendant.

*Luis Daza, United Processing 31B*
*Roy Hung, 31B*
*Jennifer Clayo*

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

COMPLAINT FORM USC 2201 AND 2202

PRELIMINARY STATEMENT

William B Sullivan Lawyer, practicing Law from the Bench and case, needs to go into federal court. Recuse Lawyer statue (735 ILCS 5/2-1001) (from Ch. 110, par. 2-1001) His fiduciary is with the bar association. The lawyer violation of practicing law from the bench

"28 USC 455 Section 4,"  Lawyer fiduciary is to the state and Illinois bar association. I will not get an impartial hearing; the lawyer is practicing law from the bench; the deck stacked against me. I am not a Lawyer or Law student.

I am Moor American National, not a U.S. Citizen. I am not Negro, Black, or Colored.
"See 90th Congress volume first session 113 part 12 June 12, 1967 pg 15641."

Since we are part of a separate nation, the treaty of peace and friendship is applicable.

See Article 20 and 21 The treaty of Peace and Friendship.

### The Treaty of Peace and Friendship OF 1836 A.D.
**Between Morocco and the United States**
**Article 20**
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."
**Article 21**
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

Resolution: Dismiss Case due to Fraud and State Embezzlement and Genocide. Move Case to Federal Court and Disqualify or Disqualification Lawyer William B. Sullivan practicing law from the bench and discharge the case and lien William B. Sullivan for 356,000.00 three hundred and fifty-six hundred thousand legal tender gold and silver or property European property and or his insurance bond with the state. If Federal Reserve Notes, which is not legal tender, has to be issued, please send in voucher form so, as an Heir of my estate, can live as the natural being as I see fit.

*Demand Send to 3LB*

The damages mentioned above send to Zakarrhea Lisa Newbern Mazzarri Bey, being a direct descendant of the Ancient Canaanites/Moabites assert my Birthright Claim of Right of Title. Standing squarely and duly affirmed.

*I am terrified that the corporation will commit genocide on me.*

*Zakarrhea Lisa Newbern Mazzari Bey  All rights reserved*

Zakarrhea Lisa Newbern Mazzarri Bey All rights reserved.

 **Gmail**    Lisa Newbern &lt;lisanewbernmazzarri@gmail.com&gt;

---

**WILLIAM B SULLIVAN**
2 messages

Lisa Newbern &lt;lisanewbernmazzarri@gmail.com&gt;
To: Lisa Newbern &lt;lisanewbernmazzarri@gmail.com&gt;, zarkarylbey@gmail.com, lisamazzarri2011@hotmail.com

---

Legal Directories Publishing Company, Inc., has been publishing state legal directories since 1935 and has grown to be America's Largest Publisher of State Legal Directories.

**Find a Lawyer**
**By Location**
**Areas of Practice**
**Experts & Services**
**Products**
**Online Bookstore**
**Shop our Promotions**
**Bar Links**
**About Us**
**Contact Us**
**Disclaimer**
**Privacy Policy**
**Advance Search**

Home > Browse Lawyers > All Cities in Illinois > Chicago Illinois Lawyers

## William B. Sullivan

William B. Sullivan is a **Lawyer** in **Illinois**, **Chicago**.

### William B. Sullivan
Judge, Circuit Court, Chancery Div.

50 W Washington St
Rm 2803
Chicago, IL 60602
Cook County

**Contact William B. Sullivan**
(312) 603-7554

*the legal search engine*

Find a Lawyer | By Location | Experts & Services | Areas of Practice | Marketing Solutions | Hom

---

Mail Delivery Subsystem &lt;mailer-daemon@googlemail.com&gt;    Mon, Nov 18, 2019 at 7:34 PM
To: lisanewbernmazzarri@gmail.com



### Address not found

Your message wasn't delivered to **zarkarylbey@gmail.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

---

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser a23sor11100318vsr.82 - gsmtp

Final-Recipient: rfc822; zarkarylbey@gmail.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
  550-5.1.1 double-checking the recipient's email address for typos or
  550-5.1.1 unnecessary spaces. Learn more at
  550 5.1.1 https://support.google.com/mail/?p=NoSuchUser a23sor11100318vsr.82 - gsmtp
Last-Attempt-Date: Mon, 18 Nov 2019 17:34:17 -0800 (PST)

---------- Forwarded message ----------
From: Lisa Newbern &lt;lisanewbernmazzarri@gmail.com&gt;
To: Lisa Newbern &lt;lisanewbernmazzarri@gmail.com&gt;, zarkarylbey@gmail.com, lisamazzarri2011@hotmail.com
Cc:
Bcc:
Date: Mon, 18 Nov 2019 19:34:07 -0600
Subject: WILLIAM B SULLIVAN

| Legal Directories Publishing Company, Inc., has been publishing state legal directories since 1935 and has grown to be America's Largest Publisher of State Legal Directories. | &lt;td class="gmail-bodyRight" style="background-position:left;margin:0px;padding:0px<br>----- Message truncated ----- |
|---|---|



## OFFICE OF THE MAYOR
### CITY OF CHICAGO

**RAHM EMANUEL**
MAYOR

## PROCLAMATION

WHEREAS, the Moorish Americans are the descendants of the ancient Moabites, Hamatities, and Canaanites who were permitted by the Old Pharaohs of Kemet to traverse from East Africa and later formed themselves kingdoms extending from the northwestern and southwestern shores of Africa, the Atlantic Islands onto the present day Continental Americas; and

WHEREAS, the indigenous Moorish Peoples of the Americas are now united in order to again link themselves with the family of nations; and

WHEREAS, the Moorish Americans, being aboriginal to the territories of North, Central and South Americas, have formed a sovereign Theocratic Government guided by the command principles of love, truth, peace, freedom, and justice through virtue of the universal right to self-determination as well as with the Declaration on the Rights of Indigenous Peoples guaranteed in the Charter; and

WHEREAS, on January 8, 1886, Noble Drew Ali was born in the State of North Carolina destined to become the first Patriot of his mentally enslaved Moorish American People. In 1912 he was later anointed as "El Hajj Sharif Abdul Ali "by the Heads of Egypt and Holy City of Mecca to return to the United States as the Last Prophet and Founding Father of the newly risen Nation of Moorish Americans. As a result of the 13th amendment, Moorish people were emancipated from slavery in 1865:

NOW, THEREFORE, I, RAHM EMANUEL, MAYOR OF THE CITY OF CHICAGO, do hereby proclaim January 8-15, 2012, to be MOORISH AMERICAN WEEK IN CHICAGO. and urge all residents to recognize the events planned for this time.

Dated this 22nd day of December, 2011.

*Rahm Emanuel*
Mayor

Return Date: No return date scheduled
Hearing Date: 12/16/2019 9:30:00 AM
Courtroom Number: N/A
Location: District 1 Court
         Cook County, IL

Case: 1:19-cv-07852 Document #: 1 Filed: 11/27/19 Page 5 of 10 PageID #:5

Answer Form (3/10)

(11/4/10) CCGN5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
DEPARTMENT Chancery DIVISION/DISTRICT

FILED
11/22/2019 11:20 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH02847

7476296

Quicken Loans INC
**Plaintiff**

v.

Zakarrhea Lisa Newbern Mazzan Bey In propria persona
**Defendant**

No. 2019CH02847

## ANSWER

I am Moorish American not a U.S. Citizen.

Notice of removal send to Federal District Court

**ATTORNEY**
Atty. No. ___
Name ___
Attorney for ___
Address ___
City/State/Zip ___
Telephone ___

**PRO SE**
Atty No. 99500
Name Zakarrhea Lisa Newbern Mazzan Bey
Attorney for: PRO SE take mail at
Address 5404 S. Seeley Ave
City/State/Zip Chicago, IL 60609
Telephone 312-576-6476

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Monday November 18, 2019

Affadavit of Fact

This Case Law notice of Removal being sent to District Court / Federal Court State of Illinois

Case # 2019CH02847

I am Moorish American National not a U.S. Citizen

" See 90th Congress Volume first session 113, part 12 June 12, 1967 pg 15641 " " Rights to Intellectual property"

14th Amendment Not Constitutional, branded Negro, Black and colored. Moors are not citizens of United States. Issue of diversity is primal See article 3 Section 2 of U.S. Constitution.

A part of seperate article 20+21 the Treaty of Peace and Friendship

see pg 2 -

Pg 2
Continue

Case # 2019CH02847

Notice of removal to district court federal court.

Since we are part of a seperate nation the treaty is applicable

See article 20 + 21
The Treaty of Peace and Friendship

X Zakarrhea L Bey All Rights Reserved
Zakarrhea Lisa Newbern Mazzam Bey
All Rights reserved

Affadavit of Fact 11-22-2019
ySolemn express of Truth
Plantiff, Zakarrhea Lisa Newbern Mazzarri Bey

-V-

Defendant - Quicken Loans
Case # 2019CH02847

Affadavit of Truth Quicken Loans
U.S Corporation, Johnson, Blumberg and
Associates U.S. Corp, Roy Hong
ARDC # 6301734 and Loss Mitigation
Jennifer Klayo.

I never received any solitation from Jennifer Klayo or Quicken Loans Corp ETC., financial package and never received legal tender from Quicken Loans Corporation ETC.,

Challenging Claim - Adverse Claim
Quicken Loans ETC.,
~~Challenging Countersuit~~ ZLB
Countersuit on record

See pg 2.

Attachment — 11-22-2019

My Solemn express of Truth

Continue — 2019 CH 02847

This is the whole truth and Nothing but the truth Quicken Loan Corp ETC,

Counts Numbered below:

① Never gave legal tender — Count 1

② State Embezzlement — Count 2

③ Foreclosed before the closure before I signed and or signed They foreclosed on loan — Count 3

④ Challenging claim of default — I did not receive legal tender Count 4

⑤ Declaration of rights under the color of Law Count 5

⑥ Move Case to Federal district court Count 6

Count 7 see below
⑦ Placing Lien Quicken Loans, John Blumburg and Associates, Roy Hong, Jennifer Klayo demand 954,000 gold and silver or any legal Montearm value and can includes european property

Affidavit of Fact
My solemn express of Truth                    pg 3
                                              2019CH02847
Plantiff. Zakanthea Lisa Newbern Mazzani Bey

Count 8 see below:
⑧ Chain of title - Quicken Loan ETC refused to give or show chain of title - Warranty deed is unlawful

Count 9
⑨ Lower court dismiss case
Demand 954,000.00 for relief including european property
November 22, 2019

I Am: Noble Zakanthea Lisa Newbern Mazzani Bey - In propria persona
Authorized Representative - All Rights Reserved
Free Moor / Northwest Amexem / MORROCCO / North Africa / ~~North America~~
North America

Aborignal and Indigenous People
Northwest Amexem